UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

SALDUTTI, LLC
Robert L. Saldutti, Esquire (RS 5492)
BNY Mellon Center
1735 Market Street, Suite 3750
Philadelphia, PA 19103
610-994-1137
Attorney for Creditor, Customers Bank

| | |
|---|---|
| DAVID FILI A/K/A DAVID FILI JR.<br><br>Debtor | CHAPTER 7<br><br>CASE NO.: 14-16187<br><br>ADVERSARY PROCEEDING NO. 14-00606 |
| CUSTOMERS BANK<br>    Plaintiff/Creditor,<br>v<br><br>DAVID FILI A/K/A DAVID FILI, JR.<br>    Defendant/Debtor | |

## CONSENT ORDER FOR JUDGMENT FOR NON-DISCHARGEABILITY

The Creditor, Customers Bank through their attorney Saldutti Law and the Debtor, David Fili, also known as David Fili, Jr., being represented by Robert H. Holber, Esquire, hereby agree to the entry of a Consent Judgment against Debtor, David Fili, hereafter "Fili". By way of background, the creditor commenced an adversary complaint (Exhibit A), which is incorporated into the terms and conditions of this Consent Order for Judgment for Non-Dischargeability. As set forth in the Complaint, which is attached (Exhibit A) the Debtor has agreed to voluntarily entire into this Consent Order for Judgment for the amount of the underlying judgment, which is now $4,400,240.00.



It is further understood that Fili agrees to the allegations as set forth in the underlying adversary complaint and agrees that the debt owed to Customers Bank is non-dischargeable due to the facts outlined in the adversary complaint which is incorporated into terms and conditions of this Consent Order Exhibit A.

No automatic stay shall apply to any and all collection efforts, including but not limited to any wage execution or attachment in this proceeding or in any other proceeding commenced by the Debtor under Title 11 of the United States Bankruptcy Code.

Whereby, David Fili also known as David Fili Jr. hereby consents to the entry of the Consent Order for Judgment from Non-Dischargeability as outlined in the adversary complaint and admit to the facts continued therein and the Judgment shall be entered against Debtor, David Fili in the amount of $4,400,240.00.

Consented to as to form, substance, and entry:

_____
DAVID FILI, JR.
Dated: 2/10/15

_____
ROBERT L. SALDUTTI, ESQUIRE
Attorney for Plaintiff/Creditor, Customers Bank
Dated: February 9, 2015

U.S.B.C.